441 F.2d 270
 UNITED STATES of America, Plaintiff-Appellee,
v.
Samuel Eugene COCHRAN, Defendant-Appellant.
 No. 30366.
 United States Court of Appeals, Fifth Circuit.
 April 28, 1971.
 
 B. H. Barton, Nicholson & Fleming, Augusta, Ga., for appellant.
 R. Jackson B. Smith, Jr., U.S. Atty., William T. Morton, Richard C. Chadwick, Asst. U.S. Attys., Southern Dist. of Georgia, for appellee.
 Before WISDOM, BELL and AINSWORTH, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966